# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 17, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135778(63)

ROBERT E. BENEFIEL,
      Plaintiff-Appellee,

v

SC: 135778
COA: 273664
Livingston CC: 05-021742-NI

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellant.

_____

     On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time to file his brief is considered and, it appearing the brief was filed October 13, 2008, the time for filing is extended to that date.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2008

_____
Clerk